# EXHIBIT D

**Tag-Along Notice**

To:     Taylor Corporation, Minnesota Timberwolves Basketball Limited Partnership

From:   Orbit Sports LLC ("Orbit Sports")

Cc:     Joe Maczko, National Basketball Association

Date:   May 14, 2021

Reference is made to that certain Limited Partnership Agreement of Minnesota Timberwolves Basketball Limited Partnership, dated September 28, 1994, as amended (the "Partnership Agreement"). Capitalized terms used but not defined in this Tag-Along Notice have the meaning ascribed thereto in the Partnership Agreement.

Orbit Sports understands that on or about May 14, 2021, Taylor Corporation and/or one or more affiliated entities thereof entered into a definitive purchase agreement (the "Purchase Agreement") pursuant to which Anthony Rodriguez, Marc Lore and/or entities controlled by either or both of them have obtained the right to acquire the General Partnership Interests in the Partnership through a series of related transactions at an enterprise value of $1.5 billion, as adjusted based on the Partnership's outstanding indebtedness and cash on hand at the time of the closings thereunder.[1]  Such Purchase Agreement and the sales pursuant thereto constitute a Control Sale for purposes of the Partnership Agreement, allowing the limited partners of the Partnership to exercise their Tag-Along Rights.

Orbit Sports hereby demands that Taylor Corporation provide the Sale Notice required pursuant to Section 10.7(b) of the Purchase Agreement, including a copy of the Purchase Agreement and in any event hereby notifies you, pursuant to Section 10.7(c) of the Partnership Agreement, of Orbit Sports' election to sell all of the Partnership Interests owned by Orbit Sports pursuant to the Tag-Along Rights contained in the Partnership Agreement at the valuation identified above.  This notice constitutes a Tag-Along Notice for purposes of such Section 10.7(c).

As provided for in further detail in the Partnership Agreement, as an Electing Partner Orbit Sports is entitled to sell its Elected Tag Amount prior to any sale by the Selling Partner, failing which the sale cannot proceed (unless the Selling Partner purchases any remaining Partnership Interests that the Electing Partner elected to sell at the same price as would be applicable in the sale to the Prospective Purchaser).

Orbit Sports reserves all rights and remedies available to it, whether at law, in equity, by contract, or otherwise.

---

[1] This was confirmed to Orbit Sports' counsel by counsel to Taylor Corporation by phone on May 14, 2021, and is further confirmed by the official statement released by the Timberwolves on their official website pursuant to the following link:  https://www.nba.com/timberwolves/statement-on-ownership, stating in pertinent part that "[t]he transaction will close following league approval, beginning the transition of ownership and a new chapter of Minnesota Timberwolves and Lynx basketball."