# EXHIBIT H

**From:** "Nelson, Sara L" <SLNelson@taylorcorp.com>
**Date:** April 12, 2021 at 11:11:30 AM EDT
**To:** teriepopp@popp.com, bpopp@popp.com, Meyer <meyer@orbachgroup.com>, bobo567@aol.com, rwynnk@aol.com, tom@vertin.com, debbiesaunders@me.com, sextonwd@gmail.com, jetsexton@gmail.com
**Subject: A Message from Glen Taylor**

Good morning,

I am sure by now you have seen the news regarding the exclusive letter of intent I signed over the weekend with Alex Rodriguez and Marc Lore to purchase the Timberwolves and Lynx franchises. As the reports indicate, this agreement is for a 30 day window to negotiate and come to terms on final details. This agreement is structured for me to continue as the controlling partner for 2.5 years, after which Alex and Marc will take full ownership. Having said that, with a major transaction like this, there is still much work to be accomplished before this sale could be considered final. Once there is more clarity, there will be additional information for you as it pertains to your personal ownership share of the team. I will answer any questions you may have as best I can, while being clear this is still a fluid time of negotiations and I may not be able to share specific details.

In the meantime, our Timberwolves season continues and our Lynx will soon be taking the court. Ethan's office can help coordinate tickets for any games would like to attend.

Best,

Glen



**Sara Nelson** – *Executive Assistant & Office Manager*
Taylor Corporation
1725 Roe Crest Drive, North Mankato, MN  56003
Office: 507.386.3296  |  Fax: 507.625.5895
slnelson@taylorcorp.com |  www.taylorcorp.com

………………………………………………………………………………………………………
……………………………………

**CONFIDENTIALITY NOTICE:**  The information contained in this electronic mail transmission may contain privileged communications and/or confidential information intended only for the use of the named recipient(s). If the reader of this information is not the named recipient(s), or the employee or agent of the named recipient(s), you are hereby notified that any dissemination, distribution, copying or use of this information is strictly prohibited. If you received this transmission in error, please: (1) immediately notify us by return electronic transmission at slnelson@taylorcorp.com; and (2) permanently delete this message from your computer and all servers and other storage devices.