# EXHIBIT J

 **The Wolves Beat**

(https://www.startribune.com/sports/wolves/the-wolves-beat/)

# Glen Taylor: 'We have it in the contract' to keep Timberwolves in Minnesota

Taylor also says NBA wouldn't support a potential move of the franchise out of Minnesota.

By Chris Hine (https://www.startribune.com/chris-hine/6370609/) Star Tribune |

APRIL 14, 2021 — 4:51AM

Timberwolves and Lynx owner Glen Taylor appeared on WCCO-AM 830 on Tuesday to reiterate that there is language in the agreement he made with prospective new owners Alex Rodriguez and Marc Lore to keep the Wolves in Minnesota.

Taylor said Rodriguez and Lore have already signed an agreement with that stipulation included.

"We have it in the contract, they have signed the contract to do that," Taylor said.

Legal experts previously told the Star Tribune such language could be difficult to enforce (https://www.startribune.com/taylor-won-t-consider-just-anybody-as-a-timberwolves-suitor/571908842/?refresh=true) and must not be overly punitive to hold up with the league or in court. But Taylor said in his interview with Chad Hartman that the NBA does not want to see the Wolves moved out of Minnesota to another city like Seattle.

"The real agreement is with the NBA. The NBA will make the decision if somebody's going to move or not move," Taylor said. "The NBA will not approve of the Timberwolves moving from here to Seattle. It's in the NBA's interest that in Seattle, that a new team is formed. It's an economic decision that's in the interest of all of the owners."

Taylor, who also owns the Star Tribune, said the money new owners could earn for the league with an expansion fee could be upwards of $2 billion. He also said the new owners "are not going to pay" $1.5 billion to buy the Wolves then another $2 billion or so to move the team.

"That's the assurance that I have that they aren't going to move it out there," Taylor said.

The league has declined comment on the exclusive letter of intent Rodriguez and Lore signed to take the team over from Taylor in 2023. But Taylor said he is on the committees that deal with the future of franchises finances and he's familiar with the thinking of the owners there.

"We've had the discussion within the owners group of what we're going to do and what the future holds for those franchises," Taylor said. "I'm not worried about it."


STAR TRIBUNE
Timberwolves owner Glen Taylor, in 2019.

**Chris Hine** is the Timberwolves reporter at the Star Tribune.

chris.hine@startribune.com     612-673-4023     ChristopherHine