# EXHIBIT K

PRESENTED BY




# STATEMENT FROM THE MINNESOTA TIMBERWOLVES AND LYNX ON OWNERSHIP

by Timberwolves PR

Follow

*Posted*: May 14, 2021 | Quick

**Minneapolis/St. Paul** – The following is a statement from the Minnesota Timberwolves and Lynx regarding the sale and future ownership of the Minnesota Timberwolves and Lynx:

"Glen Taylor has reached an agreement with Marc Lore and Alex Rodriguez regarding the sale and future ownership of the Timberwolves and Lynx. The transaction will close following league approval, beginning the transition of ownership and a new chapter of Minnesota Timberwolves and Lynx basketball."