## UNITED STATES DISTRICT COURT

## DISTRICT OF MINNESOTA

---

| | |
|---|---|
| ORBIT SPORTS LLC, | CIVIL NO. 21-CV-1289 (ECT/TNL) |
| PLAINTIFF, | |
| V. | **ORDER** |
| GLEN TAYLOR, ET AL., | |
| DEFENDANTS. | |

---

TO:   Plaintiff and Plaintiff's attorneys: Michael M. Krauss and Peter Kieselbach, Greenberg Traurig, LLP, 90 South Seventh Street, Suite 3500, Minneapolis, MN 55402; and Paul Hans Schafhauser, Greenberg Traurig, LLP, 500 Campus Drive, Suite 400, Florham Park, NJ 07932.

Defendants and Defendants' attorney: Courtland C. Merrill, Saul Ewing Arnstein & Lehr LLP, 33 South Sixth Street, Suite 4750, Minneapolis, MN 55402.

On June 11, 2021, Motions to Dismiss (ECF No. 19) were filed in this matter.

**IT IS HEREBY ORDERED:**

1. Within 30 days of the motion being decided, Plaintiff shall contact the chambers of Magistrate Judge Tony Leung, by letter or e-mail, for the purpose of scheduling the pretrial conference.

2. Failure to comply with this Order or any other prior consistent Order shall subject the non-complying party, non-complying counsel and/or the party such counsel represents to any and all appropriate remedies, sanctions and the like, including without limitation: assessment of costs, fines and attorneys' fees and disbursements; waiver of rights to object; exclusion or limitation of witnesses, testimony, exhibits and other evidence; striking of pleadings; complete or partial dismissal with prejudice; entry of whole or partial default judgment; and/or any other relief that this Court may from time to time deem appropriate.

Dated: June 14, 2021

*s/Tony N. Leung*
Magistrate Judge Tony N. Leung
United States District Court
